UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MICHAEL FREEDMAN, Individually and on : Civil Action No. 1:14-cv-09357-WHP
Behalf of All Others Similarly Situated, :
: **MOVANT ACG GROUP LLC'S NOTICE**
Plaintiff, : **OF MOTION AND MOTION FOR**
: **CONSOLIDATION, APPOINTMENT AS**
v. : **LEAD PLAINTIFF, AND APPROVAL OF**
: **SELECTION OF COUNSEL**
MOL GLOBAL, INC., GANESH KUMAR :
BANGAH, ALLAN SAI WAH WONG, :
CRAIG WHITE, YIT FEI CHANG, TEK :
KUANG CHEAH, MUN KEE CHANG, ERIC :
HE, NOAH J. DOYLE, CITIGROUP :
GLOBAL MARKETS INC, DEUTSCHE :
BANK SECURITIES INC., UBS :
SECURITIES LLC, and CIMB SECURITIES :
(SINGAPORE) PTE LTD., :
:
Defendants. :
------------------------------------------------------------ x
WAYNE JEWELL, Individually and on Behalf :
of All Others Similarly Situated, :
: Civil Action No. 1:14-cv-09403-WHP
Plaintiff, :
:
v. :
:
MOL GLOBAL, INC., TAN SRI DATO' SERI :
VINCENT TAN, GANESH KUMAR :
BANGAH, ALLAN SAI WAH WONG, :
CRAIG WHITE, YIT FEI CHANG, ERIC HE, :
NOAH J. DOYLE, CITIGROUP GLOBAL :
MARKETS INC., DEUTSCHE BANK :
SECURITIES INC., UBS SECURITIES LLC, :
and CIMB SECURITIES (SINGAPORE) PTE :
LTD., :
:
Defendants. :
------------------------------------------------------------ x

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, in the courtroom of the Honorable William H. Pauley III, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Movant ACG Group LLC ("ACG Group") will

- 1 -

respectfully move the Court, pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an Order: (i) consolidating the related actions pursuant to Federal Rule of Civil Procedure 42(a); (ii) appointing the ACG Group as Lead Plaintiff in the above-captioned actions; and (iii) approving its selection of Robbins Arroyo LLP as Lead Counsel and the Law Offices of Thomas G. Amon as Liaison Counsel for the class.

The grounds for this Motion are set forth in the Memorandum of Law in Support of Movant ACG Group's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel; and the Declaration of Thomas G. Amon in Support of Movant ACG Group's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, filed contemporaneously herewith.

Dated: January 23, 2015

LAW OFFICES OF THOMAS G. AMON

/s/Thomas G. Amon
THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
E-mail: tamon@amonlaw.com

*[Proposed] Liaison Counsel for Plaintiffs*

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GREGORY E. DEL GAIZO
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
        gdelgaizo@robbinsarroyo.com

*[Proposed] Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed January 23, 2015.



                                          /s/Thomas G. Amon
                                          THOMAS G. AMON